NUMBER 13-05-537-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

BROWNSVILLE
CLINIC FOR WOMAN, P.A.,                  Appellant,

 

                                           v.

 

COLUMBIA
VALLEY HEALTHCARE SYSTEM, L.P. 

D/B/A VALLEY REGIONAL MEDICAL CENTER,                Appellee.

___________________________________________________________________

 

                  On appeal from the 107th
District Court 

                          of Cameron
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

  Before Chief Justice Valdez and
Justices Rodriguez and Castillo

                             Memorandum Opinion
Per Curiam

 








Appellant, BROWNSVILLE
CLINIC FOR WOMAN, P.A., perfected an appeal from a judgment entered by the 107th District Court of Cameron County, Texas, in
cause number 2004-07-3822-A.  
After the record and appellant=s brief were filed,
appellee filed an agreed motion to reverse and remand.  In the motion, appellee states that, after
reviewing the issues and the cases, it agrees that there appears to be error on
the face of the trial court=s default judgment
because the return of citation by an authorized person was not verified
pursuant to Tex. R. Civ. P. 107. 
Appellee requests that this Court reverse the default judgment entered
on February 7, 2005, and remand this case to the trial court for further
proceedings.

The Court, having
examined and fully considered the documents on file and  appellee=s agreed motion, is of
the opinion that the motion should be granted. 
Appellee=s agreed motion is
granted, and the judgment of the trial court is hereby REVERSED, and the cause
is REMANDED to the trial court for further proceedings.        

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 4th day of May, 2006.